CHIEF JUSTICE
  CAROLYN WRIGHT
JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK



**Court of Appeals**
**Fifth District of Texas at Dallas**
600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

May 26, 2015

Honorable Robert Canas, Jr.
Presiding Judge
County Criminal Court No. 10
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-24
Dallas, TX 75207

RE:     05-15-00454-CR
        Ex parte William Nicholas

Dear Judge Canas:

On May 20, 2015, this Court ordered the trial court to prepare and file a certification of appellant's right to appeal. On May 22, 2015, we received a supplemental clerk's record that contains a signed certification that is dated May 21, 2015. However, none of the boxes is checked on the trial court's certification of appellant's right to appeal. A completed certification is required by Texas Rule of Appellate Procedure 25.2. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013). Additionally, the supplemental clerk's record does not contain the trial court's order ruling on appellant's application for writ of habeas corpus. Therefore, our order of May 20, 2015 remains in effect. We appreciate your attention to this matter.

Sincerely,

/s/     Lisa Matz, Clerk of the Court

cc:     William Nicholas
        Lori Ordiway

ltr:mrh